2026 FEB -5 PM 3:51
RECEIVED
U.S. MARSHAL
SIOUX FALLS, SD

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

United States of America
v.
Ryan Williams

Defendant

Case No. 4:26-CR-40017 -2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan Williams ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud 18 U.S.C. §§ 1343 and 1349
Wire Fraud 18 U.S.C. § 1343

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH DAKOTA ★

Date: 02/05/2026

Matthew Thelen
*Issuing officer's signature*

City and state: Sioux Falls, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/5/26 , and the person was arrested on *(date)* 3/26/26
at *(city and state)* Indianapolis, IN .

Date: 4/3/26

[signature]
*Arresting officer's signature*

John Valentine, DUSM
*Printed name and title*

emailed USMS
dp